**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

CHRIS ONDO,
   *Plaintiff*

-vs-

RACKSPACE TECHNOLOGY, INC,
   *Defendant*

§
§
§
§
§
§
§
§
§

SA-22-CV-01306-XR

## <u>FINAL JUDGMENT</u>

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Chris Ondo shall take nothing by his claims against Defendant Rackspace Technology, Inc., and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 18th day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE